**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2137**

JIMMY STEWART, JR.,

        Plaintiff - Appellant,

    v.

GESTAMP SOUTH CAROLINA LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Timothy M. Cain, District Judge. (7:17-cv-01023-TMC)

Submitted: February 21, 2019            Decided: February 25, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jimmy Stewart, Jr., Appellant Pro Se. John J. Coleman, III, Richard Carlton Keller, BURR & FORMAN LLP, Birmingham, Alabama, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Stewart, Jr., appeals the district court's text order denying his motion for judgment as a matter of law under Fed. R. Civ. P. 50(a) filed in his employment discrimination proceeding. We have reviewed the record and find no reversible error in the reasoning and decision of the text order. Accordingly, we affirm the district court's order. *Stewart v. Gestamp South Carolina, LLC*, No. 7:17-cv-01023-TMC (D.S.C. Aug. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
